THE PEOPLE OF THE STATE OF NEW YORK ex rel. ISABEL BEAUDOIN, Respondent, *v.* ALEXANDRINE BEAUDOIN et al., Appellants.

*People ex rel. Beaudoin* v. *Beaudoin,* 126 App. Div. 505, affirmed.
(Argued October 1, 1908; decided October 20, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 23, 1908, which reversed an order of Special Term dismissing a writ of habeas corpus obtained by the plaintiff in a proceeding to obtain possession of her infant son.

*Lyman Jenkins* and *J. A. Kellogg* for appellants.

*J. D. Trumbull* and *J. Edward Singleton* for respondent.

Order affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, WERNER, HISCOCK and CHASE, JJ. Absent : HAIGHT, J.